MARC A. PILOTIN
Regional Solicitor
KATHERINE E. CAMERON
Associate Regional Solicitor
EDUARD R. MELESHINSKY (CA SBN 300547)
Trial Attorney
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, California 94103
Tel: (415) 625-7744
Email:  meleshinsky.eduard.r@dol.gov
*Attorneys for Lori Chavez-DeRemer, Secretary*
*United States Department of Labor*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>               Plaintiff,<br><br>v.<br><br>GRIMMWAY ENTERPRISES, INC.,<br>               Defendant. | **Case No.:** 25-cv-5030<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE IMMIGRATION AND NATIONALITY ACT AND ITS IMPLEMENTING REGULATIONS**<br><br>(8 U.S.C. § 1188, 20 C.F.R. Part 655 and 29 C.F.R. Part 501) |

Complaint for Violation of Immigration and Nationality Act and Implementing Regulations
Page 1

Plaintiff Lori Chavez-DeRemer, Secretary, United States Department of Labor enforces laws governing employment of temporary foreign workers in the agriculture industry who come to the U.S. on H-2A visas to ensure "that the employment of the alien[s] in such labor or services will not adversely affect the wages and working conditions of workers in the United States similarly employed." 8 U.S.C. § 1188(a)(1)(B). Here, the Secretary brings this action to enjoin Defendant Grimmway Enterprises, Inc. ("Grimmway"), from violating 20 C.F.R. Part 655 and 29 C.F.R. Part 501 and to recover wages owed under the H-2A's Implementing Regulations for the workers directly or jointly employed by Grimmway in 2021-2023. A permanent injunction enjoining and restraining such violations of the H-2A Implementing Regulations and an order directing specific performance of covered contractual obligations is specifically authorized by 8 U.S.C. § 1188(g)(2) and 29 C.F.R. §§ 501.16 (b) & (c).

**Parties**

1.      Plaintiff Secretary of Labor is charged with promulgating and enforcing regulations for employment of temporary foreign agricultural workers under the "H-2A" visa program. *See* Immigration and Nationality Act ("INA") as amended by the Immigration and Reform Control Act of 1986 ("IRCA") codified at 8 U.S.C. §§ 1101, *et seq.*; 8 U.S.C. §§ 1101(a)(15)(H)(ii)(a), 1184(c), and 1188; 20 C.F.R. Part 655; 29 C.F.R. Part 501.

2.      Defendant Grimmway is a Delaware corporation with its headquarters and address located at 2064 Buena Vista Blvd., Arvin, CA 93203. Grimmway operates carrot farms and conducts business in the State of Washington and many other states. The claims against Grimmway arise out of and are directly related to its business activities and employment of employees within the jurisdiction of this Court.

**Jurisdiction and Venue**

3.      This Court has subject matter jurisdiction of this action under 29

Complaint for Violation of Immigration and Nationality Act and Implementing Regulations
Page 2

C.F.R. § 501.16(b) (enforcement of H-2A provisions of INA), 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1345 (United States as Plaintiff).

4.    Venue lies in the Eastern District of Washington, pursuant to 28 U.S.C. § 1391(b), because a substantial part of the events or omissions which gave rise to the claims occurred at Defendant's farm in Pasco, Washington, which is located in Franklin County.

**Defendant Grimmway Is An Employer Under the H-2A Implementing Regulations**

5.    Defendant Grimmway applied for and was granted Temporary Employment Certifications by the U.S. Department of Labor, Employment Training Administration, Office of Foreign Labor Certification to employ H-2A temporary agricultural workers at Defendant Grimmway's Pasco, Washington location from July 5, 2021 to November 29, 2021 ("2021 H-2A Certification") and from June 20, 2022 to November 20, 2022 ("2022 H-2A Certification"). For the 2023 growing season, Defendant Grimmway contracted with Direct Staffing Agency, LLC to apply for a Temporary Employment Certification, and to hire and furnish H-2A workers from June 30, 2023 to November 20, 2023 ("2023 H-2A Certification"). For all three years, Defendant Grimmway used two farm labor contractors, Esparza Enterprises and Advance Services, to furnish U.S. workers to perform the same duties at the same time as the H-2A workers. Grimmway's H-2A and U.S. employees performed agricultural work including grading, sorting, and packing carrots grown by Grimmway.

6.    Defendant Grimmway is an employer under the H-2A Implementing Regulations at 20 C.F.R. § 655.103(b) because it had: a place of business located in Pasco, Washington; a means by which it may be contacted for employment (appearance at its physical address, telephone number and mailing address); "an employer relationship (such as the ability to hire, pay, fire, supervise or otherwise control the work of employee) with respect to an H-2A worker or a worker in

corresponding employment" during each of the three growing seasons; and "a valid Federal Employer Identification Number" that was included in its 2021 and 2022 *Application for Temporary Employment Certification* for Pasco, Washington submitted to and certified by the Secretary. Defendant Grimmway is named as the employer of H-2A temporary guest workers under H-2A Case Nos. H-300-21127-294459 and H-300-22111-091260.

7.    Further, Grimmway was an employer under the H-2A regulations for the 2023 season. Defendant Grimmway entered into a contract with Direct Staffing, LLC pursuant to which Direct Staffing applied for a Temporary Employment Certification on Defendant Grimmway's behalf. *See* 20 C.F.R. § 655.103(b) ("Employer" includes a "person (including any . . . corporation . . .) that . . . "[i]s a person on whose behalf an Application for Temporary Employment Certification is filed."). Grimmway directed, assigned work to, and supervised the H-2A workers working at Grimmway locations. Grimmway set the pay rates and schedules for the H-2A workers and tracked hours worked. Grimmway provided tools, machinery, and personal protective equipment for the workers.

8.    In addition to employing workers through the H-2A program, Defendant employed U.S. workers who performed the same work as Defendant's H-2A workers during each of the growing seasons and respective job orders in 2021-2023. These U.S. workers are referred to as "corresponding workers" or workers in "corresponding employment." 29 C.F.R. § 501.3.

## Factual Allegations

9.    The Department of Labor, Wage and Hour Division investigated Defendant Grimmway's compliance with the H-2A Implementing Regulations for the 2021, 2022, and 2023 seasons.

10.    Defendant failed to pay corresponding workers the applicable Adverse Effect Wage Rate ("AEWR") in violation of 20 C.F.R. § 655.122(a), in 2021, 2022, and 2023. Corresponding workers performed the same work as Defendant's H-2A

Complaint for Violation of Immigration and Nationality Act and Implementing Regulations
Page 4

workers during the period of each of the three respective job orders at issue in this matter. Nonetheless, corresponding workers were paid a rate lower than the AEWR, as shown in Defendant's own payroll records.

11.     Defendant failed to pay the required rates of pay in at least two ways, which violated 20 C.F.R. § 655.122(l). First, Defendant failed to pay the applicable AEWR to corresponding workers in 2021-2023. Second, Defendant failed to pay the correct rate for machinery duties performed in 2023 by H-2A and corresponding U.S. workers.

12.     In 2021, 2022, and 2023, Defendant failed to satisfy the requirements of the job order by not stating actual terms and conditions by failing to accurately disclose hours workers were anticipated to work, workers' eligibility for overtime premium pay, and, for a subset of workers in 2023, disclosure of actual job duties (i.e., mechanic duties), in violation of 20 C.F.R. § 655.121(a)(4).

13.     In 2022, Defendant failed to pay daily subsistence to its H-2A workers during outbound transportation, in violation of 20 C.F.R. § 655.122(h)(2).

14.     In 2023, Defendant failed to provide housing which met all safety and health requirements, in violation of 20 C.F.R. § 655.122(d)(1)(i) and, in particular, 20 C.F.R. § 654.414, 20 C.F.R. § 654.416, 20 C.F.R. § 654.408, and 29 C.F.R. § 1910.142(b)(8). For example, two separate dwelling units were furnished with trash cans without fly-tight containers resulting in numerous flies present in the kitchen.

15.     In 2023, Defendant failed to provide transportation which met all safety and health requirements, in violation of 20 C.F.R. § 655.122(h)(4), and, in particular, 29 C.F.R. § 500.104(g), 29 C.F.R. § 500.104(h), 29 C.F.R. § 500.100(a), 29 C.F.R. § 500.104(m). For example, a vehicle used to transport workers did not have a fuel tank cap.

16.     In 2023, Defendant failed to provide a copy of the H-2A contract to corresponding workers and failed to provide a copy of the H-2A contract to H-2A

workers until they arrived at their place of employment in Pasco, Washington, in violation of 20 C.F.R. § 655.122(q).

17.    Defendant violated 20 C.F.R. § 655.135(e) by violating several state employment laws in the state of Washington related to safe housing and bedding for temporary workers in 2023. For example, multiple bedrooms provided to H-2A workers lacked functional smoke detectors.

18.    In 2023, Defendant failed to contractually forbid cost-shifting by hiring a farm labor contractor, Direct Staffing Agency, which hired a contractor to recruit and hire prospective workers for Defendant without a formal written contract, in violation of 20 C.F.R. § 655.135(k).

19.    Defendant failed to post H-2A posters prominently at the site of work in 2023, in violation of 20 C.F.R. § 655.135(l).

20.    As a result of Defendant Grimmway's violations of the H-2A Implementing Regulations, Defendant Grimmway failed to pay its U.S. employees in corresponding employment and H-2A employees wages due under the H-2A Implementing Regulations and Defendant's job orders for H-2A Case Nos. H-300-21127-294459 (2021), H-300-22111-091260 (2022), and H-300-23121-981748 (2023).

### CLAIM FOR RELIEF

### Violation of H-2A Program Obligations and H-2A Job Orders

21.    The Secretary realleges and hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

22.    Defendant Grimmway violated the provisions of the Immigration and Nationality Act, 8 U.S.C. § 1188, its Implementing Regulations at 20 C.F.R. Part 655 and 29 C.F.R. Part 501, and Defendant's job orders for the 2021, 2022, and 2023 growing seasons (H-2A Case Nos. H-300-21127-294459, H-300-22111-091260, and H-300-23121-981748), through employing H-2A and U.S. employees in corresponding employment in the manners described in the paragraphs above.

Complaint for Violation of Immigration and Nationality Act and Implementing Regulations
Page 6

**WHEREFORE,** cause having been shown, the Secretary prays for a judgment against Defendant Grimmway as follows:

A.    For an order, pursuant to 8 U.S.C. § 1188(g)(2), 29 C.F.R. §§ 501.16(b) & (c) permanently enjoining and restraining Defendant Grimmway, its officers, agents, servants, employees, successors-in-interest, co-employers, and those persons in active concert or participation with them, from prospectively violating the provisions of 8 U.S.C. § 1188(a) and the H-2A Implementing Regulations at 20 C.F.R. Part 655 and 29 C.F.R. Part 501.

B.    For an order requiring Defendant Grimmway to cease withholding and to pay unpaid wages owed to workers under the H-2A Implementing Regulations and the job orders.

C.    For an order awarding the Secretary the costs of this action and providing such further legal and equitable relief as may be deemed appropriate.

Dated:  March 14, 2025

JONATHAN L. SNARE
Acting Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

KATHERINE E. CAMERON
Associate Regional Solicitor


/s/ Eduard R. Meleshinsky
EDUARD R. MELESHINSKY
Trial Attorney

Complaint for Violation of Immigration and Nationality Act and Implementing Regulations
Page 7